UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY HOLLENBERG** | **CIVIL ACTION** |
| **VERSUS** | **NO:    07-03260** |
| **RAMONA SCHUENMEYER, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "J" (4)** |

**REPORT AND RECOMMENDATION**

The Plaintiff's request for judicial review of a final decision of the Commissioner of Social Security pursuant to Title 42 U.S.C. § 405(g) has been referred to the undersigned United States Magistrate Judge for the submission of Proposed Findings and Recommendations, pursuant to **Title 28 U.S.C. § 636(b) and Local Rule 9.2E(b)**.  Upon review of the record, it is hereby recommended that the Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**, for failure to serve the Defendant within 120 days of filing the complaint, as required by Federal Rule of Civil Procedure ("Rule") 4(m).

**I.     Analysis**

Rule 4(m) requires that a plaintiff serve the defendant with the complaint within 120 days of its filing.  The Plaintiff, Randy Hollenberg ("Hollenberg") filed suit against the Social Security Administration ("SSA") on June 18, 2007.  However, SSA has not been served with notice of the complaint as required by Rule 4(m).  Furthermore, SSA has not made an appearance on the record.

Consequently, on December 11, 2007, the undersigned issued a Show Cause Order (R. Doc.

8), ordering Hollenberg to show cause on or before December 26, 2007, why SSA should not be dismissed for failure to serve within 120 days of the filing of the complaint as required by Rule 4(m).  The undersigned also unambiguously advised that failure to comply with the Minute Entry could result in dismissal without further notice.  Hollenberg, however, failed to respond as directed.

## II.     Recommendation

**IT IS THEREFORE RECOMMENDED** that Hollenberg's complaint against the Social Security Administration be **DISMISSED WITHOUT PREJUDICE** for failure to comply with Rule 4(m) and the Show Cause Order (R. Doc. 8) issued by the undersigned United States Magistrate Judge on December 11, 2007.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a Magistrate Judge's Report and Recommendation within **ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court, provided that the party has been served with notice that such consequences will result from a failure to object.  *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this   14th   day of March 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**