UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY HOLLENBERG** | **CIVIL ACTION** |
| **VERSUS** | **NO:     07-03260** |
| **RAMONA SCHUENMEYER, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "J" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Plaintiff Randy Hollenberg's claims against the Defendant, Ramona Scheunmeyer, Commissioner of Social Security Administration, are **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 9th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE